**Clinton LAFFOON, Plaintiff, v. WATER-MAN STEAMSHIP CORP., a corporation, Defendant.**

United States District Court
S. D. New York.

Nov. 27, 1950.

See also 101 F.Supp. 823.

Nathan Baker, New York City, for plaintiff.

Gay & Behrens, New York City, for defendant.

NOONAN, District Judge.

Motion granted unless defendant appears in compliance with notice of taking depositions within 20 days after entry of order giving effect to this ruling.

**Clinton LAFFOON, Plaintiff v. WATER-MAN STEAMSHIP CORP., a corporation, Defendant.**

United States District Court
S. D. New York.

Nov. 27, 1950.

See also 101 F.Supp. 823.

Nathan Baker, New York City, for plaintiff.

Gay & Behrens, New York City, for defendant.

NOONAN, District Judge.

Motion granted as to the first cause of action. Seaworthiness is peculiarly and exclusively the obligation of the owner of the vessel. Seas Shipping Co. v. Sieracki, 328 U.S. 85, 100, 66 S.Ct. 872, 90 L.Ed. 1099.

Motion denied as to the second cause of action. Cf. Weade v. Dichmann, Wright & Pugh, Inc., 337 U.S. 801, 808, 809, 69 S.Ct. 1326, 93 L.Ed. 1704; Greer v. Cosmopolitan Shipping Co., 1949 A.M.C. 1825.